**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**EARNESTINE BLAIR**                                                                 **PLAINTIFF**

**v.**                                                                                   **NO. 3:09CV10-SA-DAS**

**GMAC MORTGAGE, LLC, and
THE BANK OF NEW YORK TRUST CO., N.A.**                      **DEFENDANTS**

## ORDER

CAME before the Court the Parties ore tenus motion to extend the deadline in this case for amending the pleadings. The court, being fully advised as to the premises, finds the motion to be well-taken and due to be granted. Accordingly, it is hereby:

ORDERED, ADJUDGED, AND DECREED that the amendment deadline is extended to September 15, 2009. All other deadlines established by the Case Management Order shall remain unchanged.

This the 1st day of September, 2009.

                                                                      /s/David A. Sanders
                                                                      UNITED STATES MAGISTRATE JUDGE